

# Fourth Court of Appeals
## San Antonio, Texas

June 4, 2015

No. 04-15-00213-CV

**IN THE INTEREST OF A.J.R.,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014EM501263
The Honorable Nick Catoe, Jr., Judge Presiding

## O R D E R

Appellant Jacob David Ramirez appeals a trial court order in a suit affecting that parent-child relationship that was signed August 11, 2014. Appellant did not timely file a motion that would have extended the appellate timetable. *See* TEX. R. CIV. P. 329b(g); TEX. R. APP. P. 26.1(a). Thus, the notice of appeal was due September 10, 2014, or a motion for extension of time to file the notice of appeal was due fifteen days later on September 25, 2014. *See* TEX. R. APP. P. 26.1, 26.3. Appellant did not file a timely notice of appeal or a motion for extension of time to file the notice of appeal. However, on April 10, 2015, appellant filed a notice of appeal.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 of the Texas Rules of Appellate Procedure, but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 615 (1997) (construing predecessor to Rule 26). But "once the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction." *Id.*

We therefore **ORDER** appellant to file, on or before **July 6, 2015**, a response showing cause why this appeal should not be dismissed for lack of jurisdiction. If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(a), (c). If a supplemental clerk's record is required to establish this court's jurisdiction, appellant must ask the trial court clerk to prepare one and must notify the clerk of this court that such a request was made. All deadlines in this matter are suspended until further order of the court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of June, 2015.



Keith E. Hottle
Clerk of Court